No. 695.  DI PAGLIA v. IOWA.  Supreme Court of Iowa. Certiorari denied.  *Don Hise* for petitioner.  *Norman A. Erbe,* Attorney General of Iowa, *Raphael R. R. Dvorak,* First Assistant Attorney General, and *Don C. Swanson,* Assistant Attorney General, for respondent.

No. 722.  LANDELL, EXECUTOR, ET AL. v. NORTHERN PACIFIC RAILWAY Co.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied. *Robert W. Lishman* for petitioners.  *Porter R. Chandler, M. L. Countryman, Jr.* and *Bernard G. Ostmann* for respondent.

No. 660.  MANNERFRID v. BROWNELL, ATTORNEY GENERAL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.  *Jack Wasserman* and *George A. Spiegelberg* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for respondent.

No. 415, Misc.  SPENCER v. UNITED STATES.  United States District Court for the Eastern District of Michigan. Certiorari denied.

No. 427, Misc.  BALLARD v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *T. Emmett McKenzie* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrov-*